UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>ISMAEL LOPEZ,<br>ALEJANDRO CALVO NEVAREZ,<br><br>        Defendants. | CASE NO. 1:20-MJ-0093-SAB<br><br>**UNSEALING ORDER** |

Good cause due to Alejandro Nevarez's arrest in the Southern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:  **June 21, 2022**

_____
UNITED STATES DISTRICT JUDGE